# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 6, 2019

## NO. 03-18-00586-CV

**Sigma Alpha Epsilon Fraternity, Province Sigma Council of Sigma Alpha Epsilon Fraternity, James Balandrán, Michael Sophir, Clark Brown, and John Kovalan, Appellants**

**v.**

**Sigma Alpha Epsilon, Texas Rho Corporation and Sigma Alpha Epsilon Texas Rho House Corporation, Appellees**

### APPEAL FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA
### DISMISSED ON JOINT MOTION -- OPINION BY JUSTICE BAKER

This is an appeal from the denial by operation of law of the appellants' motion to dismiss, or in the alternative, from the trial court's August 21, 2018 ruling partially denying the motion to dismiss. The parties have filed a joint motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall pay the costs of appeal incurred by that party, both in this Court and the court below.